IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and the<br>STATE OF INDIANA,<br><br>        Plaintiffs,<br><br>    v.<br><br>EXIDE TECHNOLOGIES<br>(d/b/a EXIDE TECHNOLOGIES, INC.),<br><br>        Defendant. | Civil Action No. 1:15-cv-00433-TWP-TAB<br><br>The Honorable Tanya Walton Pratt |

## STATUS REPORT

The United States of America hereby submits the following status report in response to the Court's Order of May 28, 2015, Dkt. 5.

On March 16, 2015, the United States and the State of Indiana filed a Complaint in this action seeking civil penalties and injunctive relief from Defendant Exide Technologies ("Exide") for alleged violations of the Clean Air Act, 42 U.S.C. §§ 7401-7671q, at Exide's battery recycling and secondary lead smelting facility in Muncie, Indiana. The United States simultaneously lodged a proposed Consent Decree that would resolve the claims asserted in the Complaint on specified terms and conditions, including requiring Exide to implement appropriate injunctive relief to control air pollutant emissions from the Muncie facility and pay civil penalties to the United States and the State.

In lodging the proposed Consent Decree with the Court, the United States indicated that the Court should not sign the proposed Consent Decree until the public had an opportunity to comment on the proposed settlement and the United States addressed those comments, if any. Paragraph 97 of the proposed Consent Decree specifies that: "The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate."

Notice of the proposed Consent Decree was published in the Federal Register on March 20, 2015, which commenced a 30-day public comment period running through April 20, 2015. *See* 54 Fed. Reg. 15,033 (Mar. 20, 2015). On April 20, a coalition of environmental organizations submitted a set of comments urging the United States to "strengthen the consent decree" in two main ways. First, the comments suggest that the settlement should include an added requirement that Exide retrofit its Muncie facility with one or more additional air pollution control devices – called wet electrostatic precipitators – to further reduce airborne lead emissions from the facility.[1] Second, the comments suggest that the settlement add another requirement that Exide install a new "fenceline" monitoring system to continuously monitor the concentration of certain air pollutants along the perimeter of the Muncie facility. The comments were accompanied by 17 attachments that total up to more than 600 pages. When the proposed Consent Decree was lodged with the Court, the United States committed to provide copies of any comments that were received, so the comments and their attachments are filed as exhibits to this

---

[1] As noted in the comments (Dkt. 6-1) and in one of its attachments (Dkt. 6-17), this suggestion that the settlement require use of wet electrostatic precipitators parallels a request that some of the commenters made in a formal rulemaking petition submitted to the U.S. Environment Protection Agency in 2012. EPA's current regulations governing hazardous air pollutant emissions from secondary lead smelters do not require the use of wet electrostatic precipitators and the petition essentially asked EPA to impose that new requirement.

Status Report.

The United States has not yet completed its consideration of the points raised by the comments. Within no more than 45-90 days, and preferably sooner, the United States expects to either notify the Court of its withdrawal of the proposed settlement or respond to the comments and file a Motion asking the Court to approve and enter the proposed Consent Decree.

We respectfully request that the Court afford the United States additional time to complete its consideration of the points raised by the public comments and to decide whether to seek Court approval and entry of the proposed Consent Decree.

FOR THE UNITED STATES OF AMERICA

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated:   June 11, 2015           s/ *Randall M. Stone*
RANDALL M. STONE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-1308
randall.stone@usdoj.gov

                JOSH J. MINKLER
                United States Attorney
                Southern District of Indiana

                THOMAS E KIEPER
                Assistant United States Attorney
                Southern District of Indiana
                10 West Market Street, Suite 2100
                Indianapolis, IN 46204-3048

OF COUNSEL:

JOANNA S. GLOWACKI
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 5

## **CERTIFICATE OF SERVICE**

      Pursuant to Paragraphs 87 and 99 of the Consent Decree that has been lodged in this case, I hereby certify that copies of the foregoing Status Report were served on this date by first-class mail, postage prepaid, upon the following individuals:

Michael Henry
Facility Manager – Environment Health & Safety
Exide Technologies
2601 West Mount Pleasant Blvd.
P.O. Box 2098
Muncie, IN 47302

Fred Ganster
Manager, Corporate Environment Health & Safety
3000 Montrose Avenue
Reading, PA 19605

Legal Department
Exide Technologies
13000 Deerfield Parkway, Building 200
Milton, GA 30004

Robert L. Collings, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite
Philadelphia, PA 19103

Timothy J. Junk
Deputy Attorney General
Office of the Indiana Attorney General
Environmental Litigation Division
Indiana Government Center South – Fifth Floor
302 West Washington Street
Indianapolis, IN   46204

Chief, Air Compliance and Enforcement Branch
Indiana Department of Environmental Management
MC 61-53, IGCN 1003
100 North Senate Avenue
Indianapolis, IN   46204-2251

Office of Legal Counsel
Indiana Department of Environmental Management
IGCN, Room 1307
100 North Senate Avenue
Indianapolis, IN   46204


Dated:       June 11, 2015                    s/ *Randall M. Stone*