April 20, 2015

Assistant Attorney General, Environment and Natural Resources Division and
Randall M. Stone, Acting Assistant Section Chief, Environmental Enforcement Section
U.S. DOJ–ENRD
P.O. Box 7611
Washington, D.C. 20044-7611
pubcomment-ees.enrd@usdoj.gov

Re:   *United States and the State of Indiana v. Exide Technologies*, D.J. Ref. No. 90-5-2-1-11003 – Comments on Proposed Consent Decree

Dear Assistant Attorney General and Mr. Stone,

We submit these comments into the record on the proposed consent decree in case no. 1:2015-cv-00433-TWP-TAB (S.D. Ind. *filed* Mar. 16, 2015), relating to the U.S. enforcement action brought under the Clean Air Act against the Exide lead smelter in Muncie, Indiana. We are very concerned about the dangerous emissions of lead, arsenic, and other hazardous air pollutants emitted from this facility and the serious violations of air pollution control laws addressed by the complaint at this facility.[1]

Exide, Inc. had five secondary lead smelters operating in the United States just a few years ago, but because of concerns about their consistent failure to comply with state and federal regulations under the Clean Air Act, two of their facilities have been or are scheduled to be permanently closed (in Los Angeles, California and Frisco, Texas).[2] Both of these facilities have contaminated nearby communities with lead, leading to large, expensive cleanups (in the hundreds of millions of dollars) and toxic tort claims (exceeding $3 billion). In Los Angeles, experts estimate that the lead and arsenic fallout zone from Exide may exceed 2 square miles, affecting tens of thousands of people.[3]

---

[1] Complaint, United States v. Exide Technologies, No. 1:2015-cv-00433-TWP-TAB (S.D. Ind. Mar. 16, 2015), ECF Dkt. No. 1.

[2] *See* Exide Technologies: Frisco Recycling Center Closure, http://www.exidefriscoclosure.com; South Coast Air Quality Management District ("SCAQMD"): Exide Technologies – Updates, http://www.aqmd.gov/home/regulations/compliance/exide-updates; *see also* March 2015 Status Report of Respondent Exide Technologies Filed in Accordance with Stipulated Orders for Abatement at 3, *available at* http://www.aqmd.gov/docs/default-source/exide/march-2015-status-report-of-exide-technologies.pdf?sfvrsn=4 ("Under the terms of a Non-Prosecution Agreement ("NPA") reached between Exide and the United States Attorney's Office for the Central District of California, Exide agreed to move for the permanent closure of the Exide Vernon facility."); Cal. Dep't of Toxic Substances Control: Latest News on Exide, https://www.dtsc.ca.gov/HazardousWaste/Projects/UpdateExideSuspension.cfm.

[3] *See* SCAQMD: Exide Technologies - Ambient Monitoring and Source Tests, http://www.aqmd.gov/home/regulations/compliance/exide-updates/ambient-monitoring-and-source-tests; Environ: Revised AB2588 Health Risk Assessment (Jan. 2013), *available at* http://www.aqmd.gov/docs/default-source/exide/exideab2588hra15jan13_15may13_cor.pdf?sfvrsn=2; Tony Barboza, *California expands lead soil testing area near Exide plant in Vernon*, LA Times, Aug. 11, 2014, http://www.latimes.com/science/la-me-exide-homes-20140812-story.html; Cal. Dep't of Toxic Substances Control: Latest News on Exide, https://www.dtsc.ca.gov/HazardousWaste/Projects/UpdateExideSuspension.cfm (providing details on hazardous waste actions taken by Cal. DTSC).

It is within this context that we note that the proposed consent decree does not appear to require or ensure that the Exide, Indiana facility to retrofit their facility with the best available air pollution control technology, *i.e.*, wet electrostatic precipitators (WESPs). There are a number of other lead smelters in the country that have installed these up-to-date air pollution control technologies which significantly reduce the emissions of lead into the environment. This currently available technology is very effective at reducing lead emissions into the air. For example, the Exide facility in Los Angeles, California was emitting over 400 pounds of lead into the air, while the smelter in the City of Industry, California, which is controlled with the new WESP technology, is emitting just a few pounds of lead per year.[4]

The Quemetco, Inc. smelter in Indianapolis, Indiana won a sustainability award from the City of Indianapolis for installing WESP at that smelter in 2012, and was also nominated for a state environmental excellence award.[5] Details on its use of the WESP and high-efficiency particulate air filters, along with other pollution control methods (stating that its lead emissions have been reduced to less than 5 pounds per year from the main process stacks and that its goal is to reduce facility-wide emissions to no more than 25 pounds per year) are attached.[6] A similar WESP is in the process of being installed at a Middletown, New York smelter.[7] The most recent emission test data for these facilities can be accessed at EPA's electronic portal, and we urge you to review this information.[8]

We also want to draw your attention to the most current information on the devastating, permanent harm that lead exposure can cause, particularly to children.

- The CDC has now recognized that there is no safe level of human exposure to lead.[9]
- California's health benchmark for lead shows that decisionmakers should recognize that a blood-lead level change of 1.0 µg/dL is a level at which measurable neurological harm, illustrated by a correlating loss of 1 IQ point, can occur.[10]

---

[4] RSR Corporation Comments at 3-4, EPA-HQ-OAR-2010-0108-0185; SCAQMD, Staff Report on Amended Rule 1420.1- Emission Standards for Large Lead Acid Battery Recycling Facilities (2015), *available at* http://www.aqmd.gov/docs/default-source/Agendas/Governing-Board/2015/2015-mar6-028.pdf?sfvrsn=12.

[5] City of Indianapolis News Release, Mayor Ballard Announces 2013 Sustainability Award Winners, Apr. 24, 2013, *available at* http://www.indy.gov/eGov/City/DPW/SustainIndy/Sustain/Documents/MAYOR%20BALLARD%20ANNOUNCES%202013%20SUSTAINABILITY%20AWARD%20WINNERS.pdf

[6] Quemetco Nomination Cover Page for Governor's Awards for Environmental Excellence and Supporting Material for Governor's Award for Environmental Excellence, Attachment at 3-4 (Apr. 11, 2013); Indiana Department of Environmental Management, Quemetco, Inc. Clean Air Act Operating Permit Approval & Accompanying Permit, Sept. 27, 2013, *available at* http://permits.air.idem.in.gov/33468f.pdf.  Commenters take no position regarding this facility's current compliance record, but provide this information for the Attorney General's reference because they reflect substantial reductions in hazardous air pollution that should be considered as part of this consent decree review.

[7] RSR Corporation Comments at 3-4, EPA-HQ-OAR-2010-0108-0185.

[8] EPA, WebFIRE Report Search and Retrieval, http://cfpub.epa.gov/webfire/index.cfm?action=fire.searchERTSubmission.

[9] CDC, *What Do Parents Need to Know to Protect Their Children?*, http://www.cdc.gov/nceh/lead/acclpp/blood_lead_levels.htm (last updated June 19, 2014).

[10] *See* Cal. EPA, OEHHA, *Development of Health Criteria for School Site Risk Assessment Pursuant to Health and Safety Code 901(g): Identification of Potential Chemical Contaminants of Concern at California School Sites, Final Report* at 1 (June 2002), *available at* http://oehha.ca.gov/public_info/public/kids/pdf/ChildHealthreport60702.pdf

- As EPA's Children's Health Protection Advisory Committee recognizes, new research in recent years suggests that the loss of 1 IQ point can occur at an even lower blood-lead level: 0.01 µg/dL, and that lead exposure requires stronger health protection than this consent decree would likely provide.[11]
- In addition, there also is new evidence showing a link between maternal blood-lead levels and low birth weight, released in 2013.[12]

Since the Department of Justice is in the process of finalizing an agreement with Exide, we wanted to inform you about this opportunity to require them to retrofit their Muncie, Indiana facility with a WESP, which would dramatically reduce their emissions of lead and other pollutants into the air, and would follow the path that other facilities have already taken and shown can be effectively achieved. As well, the United States Environmental Protection Agency ("EPA") Office of Air and Radiation has the 2012 national emission standards for secondary lead smelters under reconsideration while EPA, too, looks at the possibility of requiring greater emission reductions to reduce health risks and impacts from lead and other hazardous air pollutants.[13]

Even with the best control technologies and rules, facilities can still emit large amounts of air pollution, including hazardous air pollutants if there is not adequate monitoring. Compounding this problem is the fact that significant emissions of lead and other pollutants occur from fugitive emissions, not just from stack emissions. The South Coast Air Quality Management District, host to both of California's lead smelters, adopted a monitoring rule which requires the continuous monitoring of lead and arsenic from lead smelters.[14] If the emission limits exceed the regulatory standard at the fenceline, the facility must cease operation until the reasons for the excess emissions are determined and corrected. It would be entirely appropriate, given the serious compliance problems at Exide in Muncie, Indiana for this same type of monitoring to be

---

(explaining that this blood-lead level increase may occur from a daily intake of 6 µg of ingested soluble lead or 5 µg of inhaled lead); *see also* Cal. EPA, OEHHA, *Prioritization of Toxic Air Contaminants - Children's Environmental Health Protection Act* at 25-26 (Oct. 2001), *available at* http://oehha.ca.gov/air/toxic_contaminants/pdf_zip/SB25%20TAC%20prioritization.pdf ("Lead is in Tier 1 because it is a developmental neurotoxin. The increased susceptibility of infants and children is well established and the neurological effects are extremely prolonged. In addition, lead is a carcinogen. Although airborne lead exposures have dropped due to removal of lead from gasoline, airborne lead exposures still occur as a result of stationary source emissions and reentrainment of soil contaminated with lead. In addition, deposition of airborne lead onto soil, vegetation, and other surfaces results in exposure via ingestion.").

[11] Letter from CHPAC to EPA Administrator (Jan. 8, 2015), *available at* http://www2.epa.gov/sites/production/files/2015-01/documents/naaqs_for_lead_letter.pdf (*citing* Budtz-Jorgensen *et al.* (2013)) (providing additional information illustrating and supporting recommendation originally submitted in 2008, Letter from Dr. Melanie A. Marty, Chair, Children's Health Protection Advisory Comm., to Administrator Stephen L. Johnson (June 16, 2008), *available at* http://www2.epa.gov/sites/production/files/2014-05/documents/61608.pdf)); CHPAC 2013 Letter, *available at* http://www2.epa.gov/sites/production/files/2014-05/documents/lead_letter_2013.pdf.

[12] CHPAC 2015 Letter at 2 (*citing* Xie X *et al.* (2014)).

[13] *See* Petition for Reconsideration filed by Sierra Club, California Communities Against Toxics, Frisco Unleaded, Missouri Coalition for the Environment Foundation, and Natural Resources Defense Council (Mar. 5, 2012), EPA-HQ-OAR-2011-0344-0173 (granted by EPA by letter dated Dec. 10, 2012).

[14] SCAQMD, Rule 1420.1, Emission Standards for Lead and Other Toxic Air Contaminants from Large Lead-Acid Battery Recycling Facilities (amended Mar. 6, 2015), *available at* http://www.aqmd.gov/docs/default-source/rule-book/reg-xiv/rule-1420-1.pdf?sfvrsn=12.

required in this consent decree.  In fact, EPA has issued a memorandum to its enforcement staff encouraging this type of monitoring in its consent decrees in an effort to increase compliance with both emission limits and the provisions of consent decrees.[15]

We respectfully urge you to strengthen the consent decree before finalizing, to provide vital protection for public health in the Muncie area.   For additional information, please contact any of us, or Emma Cheuse at Earthjustice ((202) 667-4500 ext. 5220, echeuse@earthjustice.org), who is working with community groups on the matter of EPA's national air standards for secondary lead smelters.  We thank you for your kind attention to our concerns and for your service to the people of the United States.

Cordially,

Jane Williams
Sierra Club
National Air Team
dcapjane@aol.com

Jesse Kharbanda
Executive Director
Hoosier Environmental Council

Sarah McKillip
President
Robert Cooper Audubon Society (Muncie)

Dennis Shock
Board Member
Hoosier Interfaith Power & Light

Abigail King
Member, Board of Trustees
Save Maumee

Nicole Barker
Executive Director
Save the Dunes

Bowden Quinn
Conservation Director
Sierra Club-Hoosier Chapter

Jerry King
Executive Director
Indiana Public Health Association

Dolores Weis
Executive Director
Improving Kids' Environment

Rosemary Spalding
Chairperson
Earth Charter Indiana

Kerwin Olson
Executive Director
Citizens Action Coalition

---

[15] Memo from Cynthia Giles, Assistant Administrator, USEPA Office of Enforcement Compliance and Assurance to USEPA at 3-4 (Jan. 7, 2015), *available at* http://www2.epa.gov/sites/production/files/2015-01/documents/memo-nextgen-useinenfsettlements.pdf (directing enforcement staff to implement "[a]dvanced-ambient monitoring, such as fence-line monitoring" to monitor "pollutants on a real-time or near real-time basis, often without lengthy lag times for laboratory analysis" in EPA enforcement actions whenever possible, and recognizing that such monitoring "ha[s] the potential to promote compliance and provide benefits to the EPA, the public, and [emitting] parties").