

Updates          Projects          Schedule

Documents & Data          Q & A

# Welcome to the Exide Frisco Recycling Center Closure Website.

The purpose of this website is to keep the community updated on the process and timeframe for this work.  The closure projects are being monitored and regulated by the Texas Commission on Environmental Quality (TCEQ) and the U.S. Environmental Protection Agency (EPA).

The Frisco Recycling Center is a former lead acid battery recycling complex located at 7471 South Fifth Street, Frisco, Texas.  Exide Technologies (Exide), the current owner, and its predecessors operated the facility for this purpose from 1969 to November 30, 2012.   The Site encompasses 257 acres consisting of the 87 acre Former Operating Plant (FOP) and the surrounding 170-acre Undeveloped Buffer Property.  Exide has entered into an agreement to sell the Undeveloped Buffer Property to the Frisco Economic Development Corporation (EDC) and the Frisco Community Development Corporation (CDC) after successful completion of the TCEQ Voluntary Cleanup Program (VCP) for this portion of the Site.  Much more detailed information on each project can be found from the above "Projects" link as well as links within the project overview below.

**Closure of the Recycling Center will follow established regulatory processes.  Exide has divided the required work into the following components:**

## FORMER OPERATING PLANT

**\* Decontamination and Demolition** – Work performed in accordance with the January 25, 2013

Decontamination and Demolition Work Plan is complete.  Only the Administrative Office and Wastewater Treatment Buildings remain.  For details see the Decontamination & Demolition page located under "Projects" or CLICK HERE.

**\* Investigation and Remediation** – This project includes investigation, remediation, and certification of the remedy for the Exide Former Operating Plant.  The Former Operating Plant consists of the Exide Frisco Recycling Center's former production/operation area (battery recycling and secondary lead smelting facility), four landfills (three closed landfills and one landfill that is active and designated the "Open Landfill"), and ancillary facilities.  Two creeks cross the Exide property from east to west, including Stewart Creek, which runs along the south side of the former production area, and a tributary to Stewart Creek (the "North Tributary"), which runs along the north side of most of the former production area.  (For more details on the creeks CLICK HERE).  The Former Operating Plant occupies 87 of the 257 acres owned by Exide.  Exide is investigating environmental conditions at the Former Operating Plant and will retain ownership of this portion of Exide's property after the transfer of the remaining 170 acres to the Frisco EDC and CDC.  Exide submitted the comprehensive environmental investigation report (the Affected Property Assessment Report or "APAR") for the Former Operating Plant to the TCEQ and the EPA on July 10, 2013.  The TCEQ and EPA issued comments on the APAR, including a request for additional assessment activities.  Exide responded to these comments, including proposed additional assessment activities.  Exide received conditional approval of the response to TCEQ and EPA comments on November 19, 2013, authorizing Exide to proceed with additional assessment activities.  Exide completed these additional assessment activities and submitted a Revised APAR to the TCEQ and the EPA on May 22, 2014.  A comprehensive cleanup plan for the Former Operating Plant will be prepared after the investigation phase is completed to the satisfaction of the TCEQ and EPA.  For more details see the Former Operating Plant Investigation & Remediation page located under "Projects" or CLICK HERE.

**\* Open Landfill Remediation** – There are four landfills on the Former Operating Plant:  three closed landfills and one landfill that is active (designated the "Open Landfill").  The scope of this project was proposed to include the retreatment of certain waste in the active cells of the Open Landfill (located in the northern portion of the Former Operating Plant).  This work was intended to be completed as a separate project concurrent with the investigation and remediation of the overall Former Operating Plant.    As part of operations prior to closing, a rock-like waste called "slag" was generated during the lead smelting process.  Regulations required the slag to meet certain standards prior to disposal in the Open Landfill.  Exide treated the slag and tested slag after treatment pursuant to a sampling protocol.   No other material was disposed in the Open Landfill.

Analytical data for treated slag deposited in the active cells of the Open Landfill indicated that some of the treated slag deposited may not have met the treatment standards.  Exide performed sampling of the material in these cells and compared the results to the treatment standards.  Through this sampling, an estimate of the volume of slag in the active cells with unacceptable results was developed.  To resolve this issue, Exide submitted a work plan to the TCEQ to perform a retreatment project, subject to

Case 1:15-cv-00433-TWP-TAB   Document 6-2   Filed 06/11/15   Page 3 of 5 PageID #: 121

a pilot test to determine whether it would be feasible to excavate, re-treat, test, and re-deposit this material in the Open Landfill.  The TCEQ approved this work plan, but the pilot testing encountered discrepancies in the testing results, believed by Exide to be caused by lab error.  Due to the pilot project results, the full-scale retreatment project was not implemented.  No activity with respect to the slag deposited in the active cells of the Open Landfill beyond the pilot testing has been or will be conducted until approved by the TCEQ.  For more details see the Open Landfill Remediation page located under "Projects" or CLICK HERE.

**\* Long Term Maintenance of the Exide Former Operating Plant** – The scope of this project will be determined during development of the cleanup plan after the investigation phase is complete.

## UNDEVELOPED BUFFER PROPERTY

**\* Investigation and Remediation (also known as the VCP Parcel)** - This project includes investigation, remediation, and certification of the remedy to obtain a TCEQ Voluntary Cleanup Program (VCP) Certificate of Completion to prepare the property for transfer to the Frisco EDC and CDC, economic development entities of the City of Frisco.  The Undeveloped Buffer Property consists of approximately 170 acres of undeveloped land surrounding the Former Operating Plant.  This portion of the Exide property is being investigated and remediated under the TCEQ's VCP.  For the VCP project, Exide and the City of Frisco are co-applicants.  The VCP process is similar to the Former Operating Plant investigation and cleanup, except the Affected Property Site Report (APAR) and Response Action Plan (RAP) are being developed concurrently.  Preparation of these reports is nearing completion.  For more details see the Undeveloped Buffer Property Investigation & Remediation page located under "Projects" or CLICK HERE.

**\* Transfer Property to the Frisco EDC and CDC.**

Search

**NEXT COMMUNITY MEETING:**

Community meetings will now be scheduled in connection with significant milestones relating to the project.  These milestones and the

schedule for future community meetings will be determined in consultation with the TCEQ.   Details will be posted here concerning the schedule for future meetings.

## QUESTION OR COMMENT?

*Please fill in below, or send to FriscoComments@exide.com:*

Name *

First Name                    Last Name

Email Address *

Question or Comment *

include phone # and/or mailing address if you do not want your response via email

Submit

## Se habla español.

We welcome comments and questions to be submitted in Spanish.  Any comments or questions received in Spanish will be posted and responded to in Spanish along with the English translation.  For additional information, resources are available.

Esperamos recibir comentarios y preguntas que se

presentarán en español. Cualquier comentario o pregunta recibidos en español serán publicados y respondido en español junto con la traducción al inglés.  Si necesita información adicional, hay recursos disponibles.

Envíe sus preguntas a:

FriscoComments@exide.com:

# Follow us on twitter to be notified when new information is added to the site!

Follow @ExideFrisco

Twitter

Copyright © 2013 Exide Technologies. All Rights Reserved.   Legal Notice