Home (../../../home) / Regulations (../../regulations) / Compliance (../compliance) / Exide Updates

# Exide Technologies - Updates

| | | |
|---|---|---|
| **NOV Listings** (exide-updates/nov-listings) | **Compliance, Permitting, Toxics** (exide-updates/compliance-permitting-toxics) | **Rule Activity** (exide-updates/rule-activity) |
| **Hearing Board Activity** (exide-updates/hearing-board-activity) | **Prior Meetings** (exide-updates/prior-meetings) | **Ambient Monitoring and Source Tests** (exide-updates/ambient-monitoring) |
| **Exide Monthly Status Reports** (exide-updates/exide-monthly-status-reports) | **Weekly Mitigation Reports** (exide-updates/weekly-mitigation-reports) | |

3

## Facility Summary

Exide Technologies (ID 124838) is a secondary lead smelting facility which recovers lead from recycled automotive batteries. It is located at 2700 S. Indiana Street in Vernon, has been in operation since 1922, and typically runs 3 shifts a day, every day. They recycle 23,000 to 41,000 batteries daily. Equipment used in the battery recycling process includes machines to break batteries apart and separate different materials, furnaces and kettles to melt metals, and miscellaneous equipment including storage tanks, conveying equipment, and engines. Exide operates numerous pieces of control equipment to reduce pollution including baghouses, dust collectors, and filters for reducing dust and metals; and scrubbers, mist eliminators, and an afterburner, which remove pollution from gases.

The facility is subject to many SCAQMD rules and permit conditions to ensure that they operate in compliance with air pollution requirements. The facility has been under intense scrutiny by SCAQMD - including inspections, source tests and ambient monitoring, additional rule and permit requirements, and several Hearing Board cases - in an effort to reduce toxic emissions and health risk.

## Calendar of Upcoming Meetings:

| Date | Time | Location | Activity |
|---|---|---|---|
| March 4, 2015 | 6:30pm | Resurrection Church<br>3324 Opal St., Los Angeles 90023 | Exide Community Advisory Committee (/docs/default-source/exide/exide-la-mtg-march-3rd.pdf?sfvrsn=10) (PDF) |

Information is also available about the following:

- Monthly Status Reports (/home/regulations/compliance/exide-updates/exide-monthly-status-reports)
- Weekly Mitigation Reports (/home/regulations/compliance/exide-updates/weekly-mitigation-reports)

- Prior Meetings (/home/regulations/compliance/exide-updates/prior-meetings)
- Compliance, Permitting, Toxics (/home/regulations/compliance/exide-updates/compliance-permitting-toxics)
- NOV Listing (/home/regulations/compliance/exide-updates/nov-listings)
- Rule Activity (/home/regulations/compliance/exide-updates/rule-activity)
- Hearing Board Activity (/home/regulations/compliance/exide-updates/hearing-

## Trending

**Alerts (/mobile/alerts)**

**Air Quality (/home/tools/air-quality)**

**Lawn Mower Exchange Program (/home/programs/community/lawnmower-registration)**

**Lawn Equipment (/home/programs/community/community-detail?title=lawn-equipment)**

**Rules (/home/regulations/rules)**

## Latest News

**SCAQMD details Exide violations in amended complaint filed August 7, 2014**

-For more infomation
- Press Release (http://www.aqmd.gov/home/library/public-information/2014-news-archives/exide-amended-lawsuit)
- Amended Complaint (http://www.aqmd.gov/docs/default-source/planning/Exide/2014-08-07-first-amended-complaint(79480447_1).pdf?sfvrsn=6)

- Board Activity
  - Ambient Monitoring and Source Tests (/home/regulations/compliance/exide-updates/ambient-monitoring-and-source-tests)
- Links to Other Agencies
  - Los Angeles County Health Department (http://www.publichealth.lacounty.gov)
    - Free Blood Testing (http://publichealth.lacounty.gov/phcommon/public/media/mediapubdetail.cfm?unit=media&ou=ph&prog=media&resultyear=2007&prid=1181&row=25&start=1) is being offered to workers and residents living near Exide.

  - Department of Toxic Substances Control (http://www.dtsc.ca.gov/HazardousWaste/Projects/UpdateExideSuspension.cfm) (DTSC)

[Return to Top]

South Coast AQMD ▫ 21865 Copley Dr ▫ Diamond Bar, CA 91765 ▫ 909-396-2000 ▫ 800-CUT-SMOG (288-7664)

Accessibility (/accessibility)

Sitemap (/sitemap)   Privacy Policy (/privacy)   Report Website Problem (mailto:webeditor@aqmd.gov)   Questions/Need Info? (mailto:webinquiry@aqmd.gov)

© 2014 South Coast Air Quality Management District